FILED
July 22, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003651073

RUTH A. ROWLETTE, INC.
777 CAMPUS COMMONS ROAD #200
SACRAMENTO, CA 95825
ATTORNEY FOR DEBTORS

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re: Randy Guy Rosalex       Bank. Case No. 11-35602

_____ )   Motion Control No. RAR-1

Date: September 6, 2011
Time: 9:30 am
Courtroom: 35
Judge: C. Klein

MOTION TO ABANDON PROPERTY OF THE ESTATE

Comes now the debtor and alleges as follows:

1. The debtor filed a Chapter 7 petition on June 27, 2011.
2. Debtor's Meeting of Creditors is scheduled for July 25, 2011 and he does not expect the trustee to challenge his claimed exemptions for personal property or his business entity known as G & X General Contracting.
3. Debtor is the sole owner of this contracting business and it is the sole support of himself and his minor children.
4. The business has no value to the estate and to continue running the business will potentially expose the trustee to liability. It is anticipated that the trustee will have no objection to the granting of this motion.

1

WHEREFORE, Debtor prays:

1. For an Order allowing the debtor to abandon the business known as G & X General Contracting.

3. For such other and further relief as is just and proper.

Dated: 7-22-11

Ruth A. Rowlette, Counsel for Debtor

2